# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

152771

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LANSING ICE AND FUEL COMPANY,
        Plaintiff-Appellee,

v

                                     SC: 152771
                                     COA: 328648
ROY SMITH,
        Defendant-Appellant.
                                     Eaton CC: 15-000346-CZ

_____/

      On order of the Court, the application for leave to appeal the October 23, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



a0922

                                       Clerk